**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


PENNSYLVANIA STATE POLICE,     :    No. 327 MAL 2017
BUREAU OF LIQUOR CONTROL      :
ENFORCEMENT,                        :
                                    :    Petition for Allowance of Appeal from
              Petitioner      :    the Order of the Commonwealth Court
                                    :
                                    :
               v.                    :
                                    :
                                    :
JET-SET RESTAURANT, LLC,        :
                                    :
            Respondent     :


## ORDER


**PER CURIAM**

      **AND NOW**, this 13ᵗʰ day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  The issue, restated for clarity is:

> Does the definition of "frequenting" set forth in *Appeal of Speranza*, 206 A.2d 292 (Pa. 1965) still apply to Section 4-493(14) of the Liquor Code, or do the 2003 Amendments to the Code demonstrate the General Assembly's intent that a minor may not be inside a licensed premises even a single time unless one of the exceptions enumerated in Section 4-493(14) applies?

Allowance of appeal is **DENIED** as to all remaining issues.